NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**LUOYANG BEARING CORPORATION (GROUP),**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, TIMKEN COMPANY,**
*Defendants-Appellees*

———————————

2020-2121

———————————

Appeal from the United States Court of International Trade in No. 1:19-cv-00026-GSK, Judge Gary S. Katzmann.

———————————

**JUDGMENT**

———————————

ADAMS LEE, Harris Bricken McVay Sliwoski, LLP, Seattle, WA, argued for plaintiff-appellant.

KELLY A. KRYSTYNIAK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by JEFFREY B. CLARK, JEANNE DAVIDSON, LOREN MISHA PREHEIM; NIKKI KALBING, Office of the Chief Counsel for Trade Enforcement and Compliance, United States Department of Commerce, Washington, DC.

GEERT M. DE PREST, Schagrin Associates, Washington, DC, argued for defendant-appellee The Timken Company. Also represented by NICHOLAS J. BIRCH, CHRISTOPHER CLOUTIER, ELIZABETH DRAKE, WILLIAM ALFRED FENNELL, PAUL WRIGHT JAMESON, LUKE A. MEISNER, KELSEY RULE, ROGER BRIAN SCHAGRIN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, CLEVENGER and DYK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 12, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court